**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26CR20078**

**UNITED STATES OF AMERICA,**

**vs.**

**DARIUS HAYMON,**

**Defendant.**

_____/

**NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY**

The undersigned, Assistant United States Attorney Nadia Lao Rossbach, hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. Assistant United States Attorney Ilana Malkin is no longer counsel of record for the United States in this cause.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

**Nadia L. Rossbach**
Assistant United States Attorney
Court ID No. A5503415
99 Northeast 4th Street,
Miami, FL 33132-2111
Telephone: (305) 961-9343
E-mail: nadia.rossbach@usdoj.gov